ORDERED.

**Dated:  June 07, 2021**

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                 CASE NO.: 6:20-bk-05159-LVV
                                                                          Chapter 7

PHILIP ROBERT DELVECCHIO,
                          Debtor,
_____/

JOSEPH F. RUSSO,

                          Plaintiff,
vs.                                                                    Adv. No.: 6:20-ap-00117

PHILIP ROBERT DELVECCHIO,
                          Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**
**TO OBJECT TO DISCHARGEABILITY AND DISCHARGE OF DEBT**

THIS PROCEEDING came before the Court for consideration with a hearing on Defendant's *Motion to Dismiss Amended Complaint to Object to Dischargeability and Discharge of Debt* filed on May 5, 2021 ("Motion to Dismiss") (Doc. 13) in the above-referenced style. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. The Court having reviewed the evidence alleged, upon review of the record, and having heard oral arguments on June 2, 2021, hereby enters this Order. It is **ORDERED and ADJUDGED**:

1.      Defendant's Motion to Dismiss is hereby **DENIED** .

2.      Defendant shall respond to the Amended Complaint (Doc. 12) within twenty (20)

days.

*Attorney Laurence J. Pino, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*