[Dordsta] [ORDER SCHEDULING TRIAL]

ORDERED.

**Dated: July 9, 2021**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:20−bk−05159−LVV
Philip R. Del Vecchio                                           Chapter 7

_____Debtor*_____/

JOSEPH F RUSSO

        Plaintiff*

                                                               Adv. Pro. No. 6:20−ap−00117−LVV
vs.

Phi R Delvecchio

_____Defendant*_____/

ORDER SCHEDULING TRIAL

     The trial in this adversary proceeding will be held on January 12, 2022 at 10:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 , with an estimated duration of (1) One Day, before the Honorable Lori V. Vaughan, , United States Bankruptcy Judge. Accordingly, it is

**ORDERED:**

1. **Pretrial Disclosure.** Fed. R. Civ. P. 26(a)(3) governs pretrial disclosure regarding witnesses and use of depositions. Parties shall file and exchange names, telephone numbers, and addresses for witnesses, and any designations of depositions at least 28 days before trial. Objections to the use of depositions shall be filed within 14 days of the disclosure.

2. **Exhibits.** Parties shall comply with all requirements of Local Rules 7001−1 and 9070−1 concerning Exhibits. Parties shall exchange exhibits no later than seven days before the date set for trial.

    (a) **Objections to Authenticity.** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

    (b) **Self−Authentication.** If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party shall file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or

(12) and a copy of all records sought to be admitted at least 28 days before trial.

3. **Expert Testimony.** As a condition of using expert testimony at trial, parties must comply with Fed. R. Civ. P. 26(a)(2) no later than 28 days before trial.

4. **Discovery Cutoff.** Parties shall complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

5. **Discovery Disputes.** The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

6. **Meet and Confer Requirement.** Counsel for all parties shall confer within seven days prior to the trial and seek in good faith to settle the case.

7. **Additional deadlines.** None

Avoid Delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

\*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.