ORDERED.

**Dated:  July 13, 2021**

_Lori V. Vaughan_
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Philip R. Del Vecchio, | ) | Case No. 6:20-bk-05159-LVV |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | | |
| Joseph F. Russo, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 6:20-ap-00117-LVV |
| v. | ) | |
| | ) | |
| Philip Robert Del Vecchio, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DIRECTING MEDIATION

This adversary proceeding came before the Court for a hearing on July 7, 2021. After reviewing the pleadings and considering that the Parties potentially could resolve their dispute by mediation, it is

**ORDERED**:

1.	Joseph F. Russo, Plaintiff and Philip Robert Del Vecchio, Defendant (the "Parties"), are directed to mediation for possible resolution of all issues between the Parties.

2.	Mediation is to occur at a mutually convenient time and administered consistent with Local Rule 9019-2.

3.	Parties shall select an agreed mediator within seven (7) days of service of this Order.  If the Parties cannot agree on a mediator, Parties shall file a joint request for the Court to appoint a designated mediator.

4.	Parties are directed to furnish a statement of the dispute together with a copy of all relevant documents to the mediator and the opposing party or parties within twenty-one (21) days from service of this Order, unless otherwise agreed to by the parties and the mediator. The statement shall not be filed with the Court.

5.	Every party participating in the mediation is directed to send a representative with full settlement authority.

6.	All parties to mediation are required to attend mediation in person, unless authorized by the Court or mediator to attend by telephone or through the use of video conferencing software.

7.	Parties are directed to each pay an equal share of the cost of the mediation, unless the Court orders otherwise.

8.	Following the conclusion of the mediation, the mediator is directed to submit a written report identifying the parties in attendance and indicating whether any settlement was reached.  If a settlement is reached, the Parties are directed to file a written settlement agreement executed by the Parties within fourteen (14) days from the conclusion of the mediation and to promptly seek necessary court approval.

9.      Mediation must be completed by **October 29, 2021**.

###

The Clerk is directed to serve a copy of this order on all interested parties.