ORDERED.

**Dated:  October 03, 2022**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Philip R. Del Vecchio, | ) | Case No. 6:20-bk-05159-LVV |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Joseph F. Russo, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary No. 6:20-ap-00117-LVV |
| | ) | |
| vs. | ) | |
| | ) | |
| Philip Robert Delvecchio, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINAL JUDGMENT

This adversary proceeding came on for trial,[1] on the Complaint filed by the Plaintiff, Joseph F. Russo, seeking to deny the Debtor/Defendant, Philip Robert Delvecchio, a discharge under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4), (a)(5) or that dismissal was appropriate under § 707(b). Consistent with the Memorandum Opinion entered contemporaneously, it is

---

[1] A trial was held on June 30, 2022.

**ORDERED:**

1.      Judgment is entered in favor of the Debtor/Defendant, Philip Robert Delvecchio, and against the Plaintiff, Joseph F. Russo, on all counts in the Complaint.

2.      The Clerk is directed to issue the Debtor a discharge in his Chapter 7 case.

###

Clerk to serve.